UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

YANET SALAZAR,

Chapter 13
Case No. 25-42029-ess

Debtor.
-----------------------------------------------------------x

# ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE SCHEDULES AND STATEMENTS

WHEREAS, on April 28, 2025, Yanet Salazar (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, the Debtor did not file Schedule A/B (Property) (Official Form 106A/B), Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D), Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F), Schedule I (Your Income) (Official Form 106I), Schedule J (Your Expenses) (Official Form 106J), Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1), and Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (together, the "Missing Schedules and Statements"); and

WHEREAS, pursuant to Bankruptcy Code Section 521(a)(1)(B) and Bankruptcy Rule 1007(c), the Debtor is required to file the Missing Schedules and Statements within 14 days of the petition date; and

WHEREAS, on May 21, 2025, the Clerk of Court served a Final Notice of Section 521 Deficiencies on the Debtor, the Chapter 13 trustee, and the Office of the United States Trustee; and

WHEREAS, on June 16, 2025, the Clerk of Court entered a request for judicial determination for the failure to file the Missing Schedules and Statements; and

WHEREAS, as of the date of this Order, the Debtor has not filed the Missing Schedules and Statements; and

WHEREAS, if the Debtor does not file the Missing Schedules and Statements, then this case may be dismissed.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a video hearing on the Debtor's failure to file the Missing Schedules and Statements on **August 19, 2025, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to appear, by video, at the August 19, 2025, hearing, to show cause why this case should not be dismissed for failure to file the Missing Schedules and Statements pursuant to Bankruptcy Code Section 521(a)(1)(B) and Bankruptcy Rule 1007(c); and it is further

ORDERED, that the Debtor is directed to file the Missing Schedules and Statements on or before August 18, 2025; and it is further

ORDERED, that if the Debtor files the Missing Schedules and Statements on or before August 18, 2025, then the August 19, 2025, hearing will be marked off the calendar, and no appearance will be required; and it is further

**ORDERED, that in order to obtain information about filing the Missing Schedules and Statements, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via**

telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further

ORDERED, that this hearing will be conducted remotely, by video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.

Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.



Dated: Brooklyn, New York
June 16, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
**Yanet Salazar**
88-49 Francis Lewis Blvd
Queens Village, NY 11427

*Trustee*
**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408